# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT P. RAWERS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01620-SMS PC<br><br>ORDER STRIKING ORIGINAL AND AMENDED COMPLAINTS FOR EXCESSIVE LENGTH, AND REQUIRING PLAINTIFF TO FILE A COMPLAINT WITHIN THIRTY DAYS THAT COMPLIES WITH RULE 8(A) AND DOES NOT EXCEED TWENTY-FIVE PAGES<br><br>(Docs. 1 and 10)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM |

Plaintiff Jose Alfredo Ochoa Morando ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 27, 2008, and on December 9, 2008, filed an amended complaint. Fed. R. Civ. P. 15(a).

A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." Fed. R. Civ. P. 8(a). Rule 8(a) expresses the principle of notice-pleading, whereby the pleader need not give an elaborate recitation of every fact he may ultimately rely upon at trial, but only a statement sufficient to "'give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests.'" Swierkiewicz v. Sorema N. A., 534 U.S. 506, 511-12, 122 S.Ct. 992 (2002) (quoting Conley v. Gibson, 355 U.S. 41, 47, 78 S.Ct. 99 (1957)).

Plaintiff's original complaint is forty-eight pages and Plaintiff's amended complaint is seventy pages, both of which violate Rule 8(a) and shall be stricken from the record. Plaintiff shall submit a complaint within thirty days that complies with Rule 8(a) and is no longer than twenty-five

pages. It is unnecessary for Plaintiff to make legal arguments or cite to cases or statutes. Plaintiff shall only identify his individual claims to the extent he is able to (e.g., Eighth Amendment claim or excessive claim), and shall briefly state the relevant facts in support of each claim, linking each named defendant to the violations of his rights he is alleging.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's original and amended complaints are stricken from the record due to excessive length;

2. The Clerk's Office shall send Plaintiff a complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a complaint that complies with Rule 8(a) and does not exceed twenty-five pages in length; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   December 12, 2008              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE