# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT P. RAWERS, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-01620-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO FILE A THIRD AMENDED COMPLAINT IN COMPLIANCE WITH THE COURT'S ORDERS<br><br>(Docs. 12 and 14) |

Plaintiff Jose Alfredo Ochoa Morando ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 27, 2008. On December 16, 2008, the Court issued an order striking Plaintiff's original and first amended complaints for excessive length, and ordering Plaintiff to file a second amended complaint no more than twenty-five pages long. Plaintiff's second amended complaint, filed January 23, 2009, was even lengthier than his original and first amended complaints. The second amended complaint was stricken by order filed January 27, 2009, and Plaintiff was given one final opportunity to file a complaint that complied with the Court's order of December 16, 2008. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file.

///
///
///
///

1

1 | Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2 | HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to file a third amended
3 | complaint that complies with the Court's orders of December 16, 2008, and January 27, 2009.

IT IS SO ORDERED.

Dated: March 18, 2009          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE